IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In re: )
)
KOFOID, DANE ) Case No. 13-20274
KOFOID, CASSANDRA ) Chapter 7
)
)
Debtor(s). )
)

## NOTICE OF INTENT TO SELL PROPERTY UNDER SECTION 363(b)

NOTICE TO ALL CREDITORS AND INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT THE UNDERSIGNED trustee of the above-entitled estate proposes to sell, not in the regular Natrona County, Casper, Wyoming, for the sum of $1150.00, with the property having an approximate excess value of $1150.00, said sale being all of the estates right title and interest in and to the following;

| Item | Price |
|---|---|
| **Firearms/Sporting Goods** .243 Westernfield Model M782 | $100.00 |
| **Firearms/Sporting Goods** 12G NEF | $50.00 |
| **Firearms/Sporting Goods** 243 Remington 700 BDL | $200.00 |
| **Firearms/Sporting Goods** 303 Enfield | $50.00 |
| **Firearms/Sporting Goods** 9mm Browning | $75.00 |
| **Firearms/Sporting Goods** Dakota Saddle 15'' seat | $250.00 |
| **Firearms/Sporting Goods** Mossberg 595 12G | $50.00 |
| **Firearms/Sporting Goods** Remington 700 ADL 30-06 | $175.00 |
| **Firearms/Sporting Goods** Onl Ruger 10/22 | $50.00 |
| **Firearms/Sporting Goods** XD 40mm | $150.0 |
| **TOTAL:** | **$1150.00** |

The above will be sold for the sum of $1150.00. The Trustee utilized petition, appraised, and offered values.

**YOU ARE NOTIFIED** that if you desire to oppose this action, you must file with the Court and serve on the

Case 13-20274   Doc 16   Filed 04/30/14   Entered 04/30/14 15:19:59   Desc Main
Document      Page 2 of 6

undersigned Trustee in the case, a written objection to the requested relief on or before **May 27, 2014**. In the absence of a timely objection, the relief sought may be granted by the Court without further hearing. If you file a written response, the Court will set the matter for, and provide notice of, a hearing.

    DATED this 30 day of April, 2014.

                             /s/Gary A. Barney, Trustee
                             Gary A. Barney, Trustee
                             P.O. Box 690
                             Lander, WY 82520 (307)332-4848

## CERTIFICATE OF SERVICE

    I, Gary A. Barney, Trustee, do hereby certify that on this 22 day of April, 2014, a copy of the foregoing Notice was placed in the U.S. Mail, with sufficient postage thereon affixed, and addressed to all parties in interest listed on the official matrix and interested parties listed below.

Office of the U.S. Trustee,
308 W. 21st Street, Room 203
Cheyenne, WY 82001

Dane and Cassandra Kofoid
3650 HARVEY PL. #170
Casper, WY 82601

Phillip Willoughby
4100 Sweetbrier Suite 109
Casper, WY 82601

                             /s/Gary A. Barney, Trustee
                             Gary A. Barney, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1089-2<br>Case 13-20274<br>District of Wyoming<br>Cheyenne<br>Wed Apr 30 15:17:43 MDT 2014 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| US Bankruptcy Court<br>2120 Capitol Avenue #6004<br>Cheyenne, WY 82001-3647 | 21st Mortgage Corp<br>620 Market St One Cntr Square<br>Knoxville, TN 37902 | A.I.M. Corp<br>PO Box 1775<br>Casper, WY 82602-1775 |
| Account Information Management<br>2020 Fairgrounds Road Ste. 204<br>Casper, WY 82604-2970 | Account Information Mg<br>2020 Fairgrounds Rd<br>Casper, WY 82604-2970 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 |
| Anapath Diagnostics Inc<br>P.O. Box 205<br>Cheyenne, WY 82003-0205 | Bennett Law<br>10542 South Jordan Gateway Ste. 200<br>Jordan, UT 84095-3907 | (c)BRET ALLRED, ATTORNEY AT LAW<br>101 HASTINGS HORSESHOE<br>POWELL WY 82435-8111 |
| Business Revenue Syste<br>Po Box 8986<br>Fort Wayne, IN 46898-8986 | CBCS Inc.<br>P.O. Box 163250<br>Columbus, OH 43216-3250 | CHC Of Central Wyoming Inc<br>P.O. Box 1710<br>Casper, WY 82602-1710 |
| Capital One<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Casper Medical Imaging<br>419 S. Washington St. Suite 101<br>Casper, WY 82601-2991 |
| Casper Vision Center<br>543 South David Street<br>Casper, WY 82601-3196 | Century Link<br>P.O. Box 6001<br>Marion, LA 71260-6001 | Chatters<br>1324 Prairie LN<br>Bar Nunn, WY 82601-9302 |
| Check Collect<br>P.O. Box 2121<br>Casper, WY 82602-2121 | Check Net<br>P.O. Box 150<br>Provo, UT 84603-0150 | CollectionCenter Wyoming, Inc.<br>P.O. Box 4000<br>Rawlins, WY 82301-0479 |
| Compucredit Imagine Mastercard<br>C/O LVNV Funding<br>Po Box 740281<br>Houston, TX 77274-0281 | Converse County Memorial Hospital<br>Dr. Lori Wortham<br>P.O. Box 1450<br>Douglas, WY 82633-1450 | Credit Management<br>P.O. Box 118288<br>Carrolton, TX 75011-8288 |
| Diversified Radiology Of Colorado<br>1746 Cole Blvd. No, 150<br>Lakewood, CO 80401-3267 | E Partner Ne<br>740 E 1910 S<br>Provo, UT 84606 | EOS CCA<br>P.O. Box 329<br>Norwell, MA 02061-0329 |

East Casper Chiropractic Center
2121E. 2nd Street 103
Casper, WY 82609-2056

Emergency Medical Physicians
P.O. Box 20190
Cheyenne, WY 82003-7004

First Source Advantage
P.O. Box 628
Buffalo, NY 14240-0628

Fremont County Circuit Court
Cv 2012-0105
450 North Second Room 230
Lander, WY 82520-2305

Fremont County Pediatric Clinic
115 Wyoming Street
Lander, WY 82520-3919

Glenrock Super Foods
218 West Cedar St,
Glenrock, WY 82637

Harlen D. Myers MD
4605 Casper Mountain Road
Casper, WY 82601-6355

Homax Oil Sales Inc
605 S. Poplar Street
Casper, WY 82601-2309

Irs Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600

Lander Medical Clinic
745 Buena Vista Dr.
Lander, WY 82520-3431

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274-0281

Merchants & Medcal
6324 Taylor Rd
Flint, MI 48507-4685

Murdochs Ranch Home Casper
370 Miracle Street
Evansville, WY 82636-9524

Natrona County Circuit Court
CV-2009-3313
115 N. Center St.
Casper, WY 82601-7035

Natrona County Circuit Court
CV-2012-3997
115 N. Center St.
Casper, WY 82601-7035

Natrona County Circuit Court
CV-2012-3998
115 N. Center St.
Casper, WY 82601-7035

Natrona County Circuit Court
CV-2012-5374
115 N. Center St.
Casper, WY 82601-7035

Nco Fin /99
Po Box 15636
Wilmington, DE 19850-5636

(p)MARLIN MEDCLR INOVISION
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

Optimum
P.O. Box 660889
Dallas, TX 75266-0889

Patricia & Charles Gorda
15 Tumbleweed Rive
Lander, WY 82520-9414

Pedro/Aspen Limited Partnership
718 9th Street
Wheatland, WY 82201-2916

Penn Foster College
14300 N. Northsight Blvd
Scottsdale, AZ 85260-3674

Philip Bott, Attorney At Law
RE: CV 2012-0105
210 North Bent Road
Powell, WY 82435-2336

Pinnacle Fin
7825 Washington Av
Minneapolis, MN 55439-2411

Progressive Insurance Co
6300 Wilson Mills Rd
Mayfield Village, OH 44143-2182

Qwest
P.O. Box 173638
Denver, CO 80217-3638

Rocky L. Edmonds
Attorney At Law
P.O. Box 1898
Cheyenne, WY 82003-1898

Rocky Mountain Recovery Systems
101 Hastings Horseshoe
Powell, WY 82435-8111

| | | |
|---|---|---|
| Rocky Mountain Services Bureau<br>P.O. Box 459<br>Rock Springs, WY 82902-0459 | Shamrock Accounting<br>321 Thelma Dr.<br>Casper, WY 82609-2325 | Smith's Food And Drug<br>PO Box 40141<br>Casper, WY 82604-1141 |
| Smylie Animal Clinic<br>93 W. Richards St.<br>Douglas, WY 82633-8958 | Spartan Mgmt Llc Dba Trails Ap<br>1457 Sweetwater Drive Apt. B7<br>Douglas, WY 82633-2037 | Statewide Collections<br>510 North Center Street<br>Casper, WY 82601-7001 |
| Tassma Powers, Attorney At Law<br>141 South Center Street Ste. 500<br>Casper, WY 82601-2569 | The Bank Of Buffalo<br>106 Fort. St.<br>Buffalo, WY 82834-1801 | US Trustee<br>308 West 21st Street, 2nd Floor<br>Cheyenne, WY 82001-3669 |
| Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Usdoe/glelsi<br>2401 International<br>Madison, WI 53704-3121 | Verizon<br>P.O. Box 96082<br>Bellevue, WA 98009-9682 |
| Wendy's East<br>4281 E. 2nd St<br>Casper, WY 82609-2316 | Womens Health Associates<br>Dr. Vigneri<br>1125 E. 2nd St.<br>Casper, WY 82601-2903 | Wyoming Department Of Workforce Services<br>Attn Overpayment Collections<br>P.O. Box 2760<br>Casper, WY 82602-2760 |
| Wyoming Medical Center<br>1233 E. 2nd St.<br>Casper, WY 82601-2988 | Yks Accept<br>1616 2nd Ave<br>Greeley, CO 80631-5980 | Cassandra Marie Kofoid<br>3650 Harvey Pl. #170<br>Casper, WY 82601-9628 |
| Dane Avery Kofoid<br>3650 Harvey Pl. #170<br>Casper, WY 82601-9628 | Gary A. Barney<br>PO Box 690<br>Lander, WY 82520-0690 | Phillip T. Willoughby<br>4100 Sweetbrier, Suite 109<br>Casper, WY 82604-4579 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| 21st Mortgage Corporation<br>P.O Box 477<br>Knoxville, TN 37901 | Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Bret Allred, Attorney At Law
781 Lane 9, Ste. 3
Powell, WY  82435-2336

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)21st Mortgage<br>P.O Box 477<br>Knoxville TN 37901-0477 | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)Pedro/Aspen Limited Partnership<br>718 9th Street<br>Wheatland, WY 82201-2916 |

End of Label Matrix
Mailable recipients    80
Bypassed recipients     3
Total                  83